UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTITUCK PLAZA, LLC,<br><br>                              Plaintiff,<br><br>-against-<br><br>DAN'S SUPREME SUPERMARKETS, INC. ET AL,<br><br>                              Defendants. | 24-CV-7802 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

The parties are directed to file a joint letter with the Court stating whether they intend to request that this action be referred to a Bankruptcy Judge for the Southern District, White Plains Division, and if so, on what basis. Also, if the parties intend to make this request, the joint letter shall also explain why the parties have not simply dismissed this action and re-filed any relevant claim(s) in Bankruptcy Court. The joint letter shall be filed no later than **October 30, 2024.**

Dated:  October 23, 2024
            New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge